UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SILVERIO GONZALEZ MENDIOLA,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN, et al.,

Respondents.

Case No. 5:26-cv-02089-SVW-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the action is dismissed without prejudice.

Dated: June 15, 2026

STEPHEN V. WILSON
United States District Judge